UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---------------------------------------------------------------X

BASF CORPORATION,

                Plaintiff,

      -against-

SUPREME AUTO BODY, INC. d/b/a and/or a/k/a
CARSTAR CHICAGO 38TH ST,

                Defendant.

---------------------------------------------------------------X

Civil Action No. 18-cv-1588

## PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF CONFESSED JUDGMENT AND THEN DISMISSAL WITH PREJUDICE

Plaintiff BASF Corporation ("BASF") hereby respectfully submits this unopposed motion for entry of confessed judgment in favor of BASF and against defendant Supreme Auto Body, Inc. d/b/a and/or a/k/a Carstar Chicago 38th St. ("Supreme Auto") in the sum of $55,000, and then for dismissal with prejudice, as follows:

1. The parties previously entered into a written settlement agreement ("Settlement Agreement") to resolve the issues in BASF's Complaint, which included a Confession of Judgment, dated February 12, 2019, attached hereto as Exhibit A ("Confession of Judgment").

2. Pursuant to the Settlement Agreement, counsel for BASF was to hold in escrow the Confession of Judgment, which confesses judgment in this Court in favor of BASF for the sum of $55,000, less any payments already made, and to authorize BASF to seek entry of judgment against Supreme Auto in this Court, unless and until such time as defendant Supreme Auto Body, Inc. d/b/a and/or a/k/a Carstar Chicago 38th St. ("Defendant") defaulted on the

Settlement Agreement and failed to cure its default within ten business days of receiving written notice of such default.

3. Upon Defendant's failure to cure its default, the Confession of Judgment provides that BASF is entitled to entry of judgment against Defendant and in favor of BASF in the amount of $55,000, less any payments already made, upon the filing of the Confession of Judgment and an affidavit from a representative of BASF stating that payment required by the Settlement Agreement was not timely made and setting forth the full amount due.

4. It is undisputed that Defendant defaulted on the Settlement Agreement by not making any of the required payments and then failing to cure its default within ten business days of receiving written notice of default on March 6, 2019, as detailed in the Declaration of Caroline C. Marino attached hereto as Exhibit B.

5. Therefore, BASF is entitled to entry of the Judgment and Order attached hereto as Exhibit C, with no set-offs or reductions for any past payment since no such payments have been made.

6. Defendant does not dispute or contest that it has failed to make the required payments or that BASF is entitled to entry of the Judgment and Order attached as Exhibit C.

WHEREFORE, BASF respectfully requests that the Court grant this unopposed motion and enter the Order and Judgment attached hereto as Exhibit C. After the Order and Judgment has been entered, BASF respectfully requests that the Court enter the Order of Dismissal attached hereto as Exhibit D.

Dated: March 25, 2019

Respectfully submitted,

By: */s/ Caroline C. Marino*
Caroline M. Marino (admitted *pro hac vice*)
cmarino@leaderberkon.com
Leader Berkon Colao & Silverstein LLP
630 Third Avenue, 17th Floor
New York, NY 10017
Telephone: (212) 486-2400
Fax: (212) 486-3099

Drew M. Schilling
dschilling@smbtrials.com
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, Illinois 60611
Telephone: (312) 923-8276
Fax: (312) 321-0990

*Attorneys for Plaintiff BASF Corporation*

SEEN AND NOT OBJECTED TO:

By:
W. Clifton Holmes
holmes@theholmeslawgroup.com
The Holmes Law Group, Ltd.
350 New Orleans Street
Suite 9000N
Chicago, IL 60654
Telephone: (312) 721-0779

*/s/ Michael C. Whitticar*
Michael C. Whitticar (admitted *pro hac vice*)
mikew@novaiplaw.com
Nova IP Law, PLLC
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Telephone: (571) 386-2980
Fax: (855) 295-0740

*Attorneys for Defendant*