IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

---------------------------------------------------------------X

BASF CORPORATION,

                    Plaintiff,                               Civil Action No. _____

      -against-

SUPREME AUTO BODY, INC. d/b/a and/or a/k/a         **AFFIDAVIT OF**
CARSTAR CHICAGO 38TH ST,                                    _____

                    Defendant.

---------------------------------------------------------------X

_Stanley Orown_ [signed], under penalty of perjury, hereby swears that the following information is true and correct to the best of my knowledge and information:

1. I am the _President_ of Defendant Supreme Auto Body, Inc. d/b/a and/or a/k/a Carstar Chicago 38th St ("Supreme Auto"). Supreme Auto is an Illinois corporation having its principal place of business at 2929 West 38th Street, Chicago, Illinois 60632.

2. I make this affidavit in connection with a certain Settlement Agreement, dated January __, 2019, between Supreme Auto and Plaintiff BASF Corporation ("BASF"), to confess judgment in this Court in favor of BASF for the sum of fifty-five thousand dollars ($55,000), less any Principal Payments (as defined by the Settlement Agreement) already paid, and to authorize BASF to seek entry of judgment for that sum against Supreme Auto in this Court.

3. This Confession of Judgment is for a debt justly due to BASF pursuant to the Settlement Agreement between Supreme Auto and BASF. Pursuant to the Settlement Agreement, Supreme Auto agreed to be liable for and to pay plaintiff BASF the sum of $55,000.

4. In the event Supreme Auto defaults in making any payment set forth in the Settlement Agreement on a timely basis, BASF is required to give Supreme Auto written notice of such default.

5. If Supreme Auto fails to cure said default within ten (10) business days after notice is delivered as required by the Settlement Agreement, Supreme Auto shall immediately become obligated to BASF for the full $55,000, less any Principal Payments (as defined by the Settlement Agreement) already paid, plus post-default simple per annum interest at a rate of 9%.

6. If Supreme Auto fails to cure the default within ten (10) business days after notice is delivered in accordance with the Settlement Agreement, Supreme Auto hereby irrevocably confesses judgment in favor of BASF for the full $55,000, less any amounts paid pursuant to the Settlement Agreement.

7. Accordingly, if Supreme Auto fails to cure the default within ten (10) business days after notice is delivered in accordance with the Settlement Agreement, judgment may be entered hereunder against Supreme Auto and in favor of BASF in the amount of $55,000, less any Principal Payments (as defined by the Settlement Agreement) already paid, plus post-default simple per annum interest at a rate of 9% and court filing fees, upon the filing of this Affidavit together with an Affidavit from a representative of BASF stating that payment required by the Settlement Agreement was not timely made and setting forth the full amount then due, including the basis for calculation, plus court filing fees.

_____
[NAME]

STATE OF ILLINOIS  )
                   ) ss:
COUNTY OF COOK     )

On this, the 12 day of February, 2019, before me, Sara Craven the undersigned, personally appeared Stan Craven, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained.

In witness whereof I hereunto set my hand.

_Sara Craven_
Signature of Notary Public
Date Commission Expires: 2/17/20

Official Seal
Sara Kathleen Craven
Notary Public State of Illinois
My Commission Expires 02/17/2020